UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>SANDRA M BARNES<br>JUSTIN L BARNES<br>9520 STANSBERRY AVE<br>SAINT LOUIS, MO  63134<br>**Debtors** | ) CASE NO: 13-42331-399<br>)<br>) Chapter 13<br>)<br>)<br>)<br>) |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**

Comes now JOHN V. LABARGE, JR., Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that he has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| MARK A TOLMAN PC<br>820 S MAIN ST<br>STE 208<br>ST CHARLES, MO  63301 | 1,175.00 | 16/ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $48.96<br>INT RATE: 0.00 |
| MARK A TOLMAN PC<br>820 S MAIN ST<br>STE 208<br>ST CHARLES, MO  63301 | 2,000.00 | 25/ADDITIONAL ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEUTSCHE BANK NATL TRUST CO<br>1 HOME CAMPUS<br>MAC X2302-04C/AMERICAS SVCING<br>DES MOINES, IA  50328 | 58,312.80 | 0/Home Mortgage Payment -- Outside<br>ACCT: 2475<br>COMM: #4 9520 STANSBERRY AVE<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CITIMORTGAGE INC<br>PO BOX 688971<br>DES MOINES, IA  50368-8971 | 15,889.09 | 40/Unsecured<br>ACCT: 7515<br>COMM: #10 NPMSI 60MO 9520 STANSBERRY<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 2
CASE NO: **13-42331-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| FIFTH THIRD BANK<br>1830 E PARIS SE<br>C/O BANKRUPTCY/MD#RSCB3E<br>GRAND RAPIDS, MI  49546 | 10,916.93 | 20/Secured - Motor Vehicle<br>ACCT: 6453<br>COMM: #2/100% 57MO/12 VERSA<br>REG PYMT: $206.32<br>INT RATE: 3.12 |
| BMO HARRIS BANK NA<br>770 N WATER ST<br>ATTN BRK-180-RC<br>MILWAUKEE, WI  53202-3593 | 22,337.47 | 20/Secured<br>ACCT: 8194<br>COMM: #18-2AM#18/100% 57MO<br>2012 NISSAN ALTIMA<br>REG PYMT: $422.15<br>INT RATE: 3.12 |
| CERASTES LLC<br>PO BOX 3978<br>C/O WEINSTEIN & RILEY PS<br>SEATTLE, WA  98124-3978 | 2,749.66 | 40/Unsecured<br>ACCT: 7664<br>COMM: #11<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPITAL ONE<br>PO BOX 30253<br>SALT LAKE CITY, UT  84130 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPITAL ONE NA<br>3936 E FT LOWELL RD #200<br>C/O BASS & ASSOCIATES PC<br>TUCSON, AZ  85712 | 384.98 | 20/Secured<br>ACCT: 2707<br>COMM: #15/60 MO/BEST BUY/HHG<br>REG PYMT: $6.94<br>INT RATE: 3.12 |
| CARE CREDIT<br>PO BOX 960061<br>ORLANDO, FL  32896-0061 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 238.48 | 40/Unsecured<br>ACCT: 8890<br>COMM: #7/COMENITY BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 3
CASE NO: **13-42331-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 71.10 | 40/Unsecured<br>ACCT: 2171<br>COMM: #8/NEW YORK & CO<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DISCOVER CARD<br>PO BOX 965024<br>ORLANDO, FL  32896 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 6,479.99 | 40/Unsecured<br>ACCT: 9325<br>COMM: #13/JC PENNEY<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPITAL ONE NA<br>PO BOX 3001<br>C/O BECKET & LEE LLP<br>MALVERN, PA  19355-0701 | 595.05 | 40/Unsecured<br>ACCT: 2942<br>COMM: #14/ KOHLS<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEPT STORES NAT'L BANK/MACYS<br>PO BOX 4275<br>C/O NCO FINANCIAL SYSTEMS<br>NORCROSS, GA  30091 | 4,563.72 | 40/Unsecured<br>ACCT: 4344<br>COMM: #1<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 6,489.02 | 40/Unsecured<br>ACCT: 0922<br>COMM: #12/SAMS CLUB<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 181.48 | 40/Unsecured<br>ACCT: 0985<br>COMM: #9/SEARS<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 4
CASE NO: **13-42331-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| TD BANK USA NA<br>PO BOX 3978<br>C/O WEINSTEIN & RILEY PS<br>SEATTLE, WA  98124 | 3,012.87 | 40/Unsecured<br>ACCT: 8817<br>COMM: #5/   W/D<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 10,217.44 | 40/Unsecured<br>ACCT: 7167<br>COMM: #17/US BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US BANK<br>PO BOX 5227<br>C/O BANKRUPTCY DEPT<br>CINCINNATI, OH  45201-5227 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US BANK NA<br>PO BOX 5229<br>CINCINNATI, OH  45201-5229 | 267.44 | 40/Unsecured<br>ACCT: XXX0605<br>COMM: #3<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 5,694.06 | 40/Unsecured<br>ACCT: 0714<br>COMM: #16/WALMART<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEUTSCHE BANK NATL TRUST CO<br>1 HOME CAMPUS<br>MAC X2302-04C/AMERICAS SVCING<br>DES MOINES, IA  50328 | 153.38 | 20/Mortgage Arrearage<br>ACCT: 2475<br>COMM: #4 48MO<br>REG PYMT: $3.20<br>INT RATE: 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO  63195-3185 | 3,012.87 | 40/Unsecured<br>ACCT: 8817<br>COMM: #6/TARGET/DENIED<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS                                                     Page 5
CASE NO: **13-42331-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| CAPITAL ONE NA<br>3936 E FT LOWELL RD #200<br>C/O BASS & ASSOCIATES PC<br>TUCSON, AZ  85712 | 6,368.12 | 40/Unsecured<br>ACCT: 2707<br>COMM: Split Claim #15/60<br>MO/BEST BUY/HHG<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

/s/ John V. LaBarge, Jr.

John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

Dated: 9/20/2013

STL_NTCPAYCLM -- LQ

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 09/20/2013.

/s/John V. LaBarge, Jr.

John V. LaBarge, Jr.

Copy Mailed To:

SANDRA M BARNES
JUSTIN L BARNES
9520 STANSBERRY AVE
SAINT LOUIS, MO  63134